IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2018 MASERATI GRAN TURISMO, LICENSE NUMBER 8EOX182, VIN: ZAM45VLA3J0253945,<br><br>APPROXIMATELY $68,119.88 SEIZED FROM E*TRADE ACCOUNT NUMBER 5147-0717, HELD IN THE NAME OF VIKEN YEPREMIAN, and<br><br>APPROXIMATELY $71,207.76 SEIZED FROM GOLDMAN SACHS, MARCUS ONLINE SAVINGS ACCOUNT NUMBER 300007772619, HELD IN THE NAME OF VIKEN YEPREMIAN,<br><br>Defendants. | Case No. 1:23-MC-00086-ADA<br><br>ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

On August 29, 2023, the parties filed a stipulation to extend time for filing a complaint for forfeiture and/or to obtain an indictment alleging forfeiture. (ECF No. 1.) In accordance with 18 U.S.C. § 983(a)(3)(A) and good cause appearing, the Court grants the parties' request. Accordingly, no later than November 30, 2023, the United States shall file a civil complaint for forfeiture against the defendant assets

///

1

and/or obtain an indictment alleging that the defendant assets are subject to forfeiture.

IT IS SO ORDERED.

Dated:  August 30, 2023

_____
UNITED STATES DISTRICT JUDGE

and/or obtain an indictment alleging that the defendant assets are subject to forfeiture.

IT IS SO ORDERED.

Dated:  August 30, 2023

_____
UNITED STATES DISTRICT JUDGE