IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>2018 MASERATI GRAN TURISMO, LICENSE NUMBER 8EOX182, VIN: ZAM45VLA3J0253945,<br><br>APPROXIMATELY $68,119.88 SEIZED FROM E*TRADE ACCOUNT NUMBER 5147-0717, HELD IN THE NAME OF VIKEN YEPREMIAN, and<br><br>APPROXIMATELY $71,207.76 SEIZED FROM GOLDMAN SACHS, MARCUS ONLINE SAVINGS ACCOUNT NUMBER 300007772619, HELD IN THE NAME OF VIKEN YEPREMIAN,<br><br>                  Defendants. | Case No. 1:23-MC-00086-ADA<br><br>ORDER TO SUBSTITUTE PROPERTY IN LIEU OF THE 2018 MASERATU GRAN TURISMO, LICENSE NUMBER 8EOX182, VIN: ZAM45VLA3J0253945 |

On September 28, 2023, the Parties filed a stipulation to enter into a substitution of property agreement regarding the 2018 Maserati Gran Turismo, License Number 8EOX182, VIN: ZAM45VLA3J0253945 ("defective vehicle"). (ECF No. 3.) After review of the Parties stipulation and good cause appearing, the Court grants the Parties' stipulation.

///

1

Accordingly,

1. The Parties' stipulation to substitute property in lieu of the 2018 Maserati Gran Turismo, License Number 8EOX182, VIN: ZAM45VLA3J0253945, (ECF No. 3), is GRANTED pursuant to the following agreement terms:

    a. On March 16, 2023, agents with the Federal Bureau of Investigation ("FBI") executed a federal seizure warrant at Mardig Yepremian's residence in Fresno, California and seized the defendant vehicle. In conjunction with the search, agents also executed seizure warrants on accounts owned by Viken Yepremian and seized the E*Trade and Goldman Sachs accounts;

    b. Viken Yepremian and Mardig Yepremian shall pay $50,250.00 as the substitute *res* in lieu of the defendant vehicle. Payment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to:

        U.S. Attorney's Office
        Attn: Asset Forfeiture Unit
        2500 Tulare Street, Suite 4401
        Fresno, California 9372.

    Said $50,250.00 shall be substituted as the *res* herein. The substitute *res* shall be deposited into the United States Marshals Service's seized asset account pending further order of the Court;

    c. Upon receipt of the sub *res*, but no later than 30 days thereafter, the defendant vehicle shall be returned to Viken Yepremian and Mardig Yepremian;

    d. In furtherance of the substitution of property, Viken Yepremian and Mardig Yepremian, without waiving their rights under the Fifth Amendment to the United States Constitution, represent to the United States that no other person or entity holds an ownership interest in the defendant vehicle which is the subject of this stipulation; and

///

///

    e. All parties will bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:  October 2, 2023         _____
                      UNITED STATES DISTRICT JUDGE