ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
ELISA M. RODRIGUEZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>          v.<br><br>2018 MASERATI GRAN TURISMO, LICENSE NUMBER 8EOX182, VIN: ZAM45VLA3J0253945[1],<br><br>APPROXIMATELY $68,119.88 SEIZED FROM E\*TRADE ACCOUNT NUMBER 5147-0717, HELD IN THE NAME OF VIKEN YEPREMIAN, and<br><br>APPROXIMATELY $71,207.76 SEIZED FROM GOLDMAN SACHS, MARCUS ONLINE SAVINGS ACCOUNT NUMBER 300007772619, HELD IN THE NAME OF VIKEN YEPREMIAN,<br><br>                            Defendants. | Case No. 1:23-MC-00086-JLT<br><br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America, potential claimants Viken

Yepremian and Sonia Yepremian ("Viken" and "Sonia"), by and through their respective counsel, and

potential claimant and Mardig Yepremian ("Mardig"), appearing *in propria persona* (collectively

"claimants") as follows:

---

[1] This asset was returned to Viken and Mardig Yepremian in exchange for $50,250.00 and is the substitutes *res*.

1

Stipulation and Order to Extend Time

1.      On or about June 6, 2023, claimants Viken and Sonia filed claims in the administrative forfeiture proceeding with the Federal Bureau of Investigation ("FBI") with respect to the Approximately $71,207.76 seized from Goldman Sachs, Marcus Online Savings account number 300007772619, held in the name of Viken Yepremian and Approximately $68,119.88 seized from E*Trade account number 5147-0717, held in the name of Viken Yepremian which were seized on March 10, 2023.  Claims were filed by Viken and Mardig on or about June 6, 2023, in the administrative forfeiture proceeding with the FBI with respect to the 2018 Maserati Gran Turismo, License Number 8EOX182, VIN: ZAM45VLA3J0253945, which was seized on March 16, 2023 (hereafter collectively the "defendant assets").

2.      The FBI has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants have filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was September 4, 2023.

4.      By Stipulation and Order filed August 30, 2023, the parties stipulated to extend to November 30, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5.      By Stipulation and Order filed November 8, 2023, the parties stipulated to extend to February 28, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

///

///

2

6.      By Stipulation and Order filed February 27, 2024, the parties stipulated to extend to May 28, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

7.      By Stipulation and Order filed May 13, 2024, the parties stipulated to extend to October 25, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

8.      By Stipulation and Order filed October 23, 2024, the parties stipulated to extend to February 28, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

9.      By Stipulation and Order filed February 20, 2025, the parties stipulated to extend to May 29, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

10.     By Stipulation and Order filed May 21, 2025, the parties stipulated to extend to August 29, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

11.     By Stipulation and Order filed August 21, 2025, the parties stipulated to extend to December 5, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

12.     By Stipulation and Order filed December 9, 2025, the parties stipulated to extend to February 5, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

13.     By Stipulation and Order filed January 30, 2026, the parties stipulated to extend to April 6, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

3

14.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 5, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

15.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to June 5, 2026.

Dated: March 30, 2026                                        ERIC GRANT
                                                            United States Attorney


                                              By:    /s/ Elisa M. Rodriguez
                                                     ELISA M. RODRIGUEZ
                                                     Assistant United States Attorney



Dated: March 30, 2026                                /s/ Alaleh Kamran
                                                     ALALEH KAMRAN
                                                     Attorney for potential claimants
                                                     Viken Yepremian and Sonia Yepremian
                                                     (Signature approved by email)



Dated: March 30, 2026                                /s/ Mardig Yepremian
                                                     MARDIG YEPREMIAN
                                                     Potential Claimant
                                                     Appearing *in propria persona*
                                                     9544 N. Larkspur Avenue
                                                     Fresno, CA 93720
                                                     (Original signature retained by attorney)


IT IS SO ORDERED.

   Dated:   **March 31, 2026**

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE

4

Stipulation and Order to Extend Time